Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  BONNIE R. MACFARLANE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| BONNIE R. MACFARLANE, | Case No.: 2:15-CV-01407 CKD |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Bonnie R. Macfarlane ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to January 14, 2016; and that Defendant shall have until February 15, 2016, to file his opposition.  Any reply by plaintiff will be due March 7, 2016.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 4, 2015    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED: December 4, 2015    BENJAMIN WAGNER
United States Attorney


*/S/- Ellinor Coder

_____
Ellinor Coder
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 14, 2016, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to February 15, 2016 to file his opposition, if any is forthcoming. Any reply by plaintiff will be due March 7, 2016.

IT IS SO ORDERED.

Dated: December 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE