BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BONNIE R. MACFARLANE,<br><br>    Plaintiff,<br><br>  vs.<br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-01407-CKD<br><br>ORDER |

      Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the Order of this Court. The Court hereby EXTENDS the schedule in this matter as follows:

      1.    The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended thirty (30) days to March 17, 2016.

[Proposed] Order to Extend Briefing Schedule; 2:15-cv-01407-CKD

2. All other deadlines and scheduling matters set forth in the Court's Scheduling Order dated July 2, 2015, remain the same.

IT IS SO ORDERED

Dated: February 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order to Extend Briefing Schedule; 2:15-cv-01407-CKD